UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANK T. DEMAIO, )<br>)<br>Defendant. )<br>) | **09 CR 10193 RWZ**<br>CRIMINAL NO.<br><br>Violation:  26 U.S.C. § 7206(1)<br>            (Filing False Tax Return) |

## INFORMATION

The U.S. Attorney charges that:

### COUNT ONE

### (Filing False Tax Return -- 26 U.S.C. §7206(1))

1. At all times relevant to the Information, defendant FRANK T. DEMAIO was an individual residing at 94 Windkist Farm Road, North Andover, Massachusetts.

2. On or about April 15, 2004, in the District of Massachusetts, the defendant

**FRANK T. DEMAIO,**

did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for tax year 2003, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service, Andover, Massachusetts, which Return FRANK T. DEMAIO did not believe to be true and correct as to every material matter in that said Return stated Total Taxable Income of $43,352.00, when in fact FRANK T. DEMAIO

had total taxable income of at least $200,227 during that year.

All in violation of Title 26, United States Code, Section 7206(1).

>                   MICHAEL K. LOUCKS
>                   Acting United States Attorney
>
> By: _____
>                   MARK J. BALTHAZARD
>                   Assistant U.S. Attorney