JS 45 (5/97)- (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: Andover | Category No. III | Investigating Agency  IRS |
| City  Andover | Related Case Information: | FILED IN CLERKS OFFICE |
| County  Essex | Superseding Ind./ Inf. _____  Case No. _____ | 009 JUN 29 P 12: 50 |
| | Same Defendant _____  New Defendant  X | S. DISTRICT COURT |
| | Magistrate Judge Case Number _____ | DISTRICT OF MASS. |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**09 CR 10193 RWZ**

**Defendant Information:**

Defendant Name  Frank T. DeMaio             Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  94 Windkist Farm Road, North Andover, MA 01845

Birth date (Year only): 1961   SSN (last 4 #):  9418   Sex  M   Race: _____   Nationality:  US

Defense Counsel if known:  William J. Lovett, Esq.     Address:  Dwyer & Collora, 600 Atlantic Ave.
                                                                  Boston, MA 02210   617-371-1007

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Mark J. Balthazard              Bar Number if applicable  544463

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect:  _____

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as  _____  in  _____
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

Charging Document:  ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/29/09           Signature of AUSA:  _____

JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Frank T. DeMaio

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. §7206(1) | Filing a False Tax Return | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: